

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MARIA D. VENTURA,

v.                                                          Case No.: 4-07-CV-00440

THE MEN'S WEARHOUSE, INC.

---

### CONSENT ORDER OF DISMISSAL

---

The parties hereto having resolved this matter and agreed that the Court should enter an order and judgment dismissing this case with prejudice, it is HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED this 16th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

_____          _____
Arnold N. Goodman, Esq.                   Craig A. Cowart, Esq.
HOSTO BUCHAN                              KIESEWETTER WISE KAPLAN
PRATER & LAWRENCE, PLLC                   PRATHER, PLC
701 West 7th Street                      3725 Champion Hills Drive
P. O. Box 3315                           Suite 3000
Little Rock, AR 72203                    Memphis, TN 38125
Telephone: (501) 320-0204               Telephone: (901) 795-6695
Facsimile: (501) 482-0204               Facsimile: (901) 795-1646

**ATTORNEY FOR PLAINTIFF**              **ATTORNEY FOR DEFENDANT**